IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEWAYNE FULSOM, et al.                                                    PLAINTIFFS

VS.                              Case No. 02-CV-4097

TEXARKANA SCHOOL DISTRICT
NO. 7 OF MILLER COUNTY                                                    DEFENDANT

WALTON GAMBLE, et al.                                                     PLAINTIFFS

VS.                              Case No. 03-CV-4086

TEXARKANA SCHOOL DISTRICT
NO. 7 OF MILLER COUNTY                                                    DEFENDANT

## ORDER

     Before the Court is Separate Plaintiff Edwin Deaver's Motion to Dismiss With Prejudice.

(Doc. 42)  Defendant has not responded.  Upon consideration, the Court finds Separate Plaintiff

Edwin Deaver's motion should be and hereby is **granted.**  Separate Plaintiff Edwin Deaver's

claims against Defendant are hereby dismissed with prejudice.

     IT IS SO ORDERED, this 19th day of January, 2006.

                                   /s/ Harry F. Barnes
                                   Hon. Harry F. Barnes
                                   U.S. District Court